# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**ROBERT C. BUTLER,**

     Plaintiff,

                                    **CASE NO.    3:10-cv-453**

**-vs-**

                                    **Judge Timothy S. Black**

**THE CHAMPION COMPANY,**

     Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

     **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

        **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 13) is **GRANTED**, and that the case is **CLOSED**.

Date:  January 10, 2012                  **JAMES BONINI, CLERK**

                                            By: s/ M. Rogers_____
                                            Deputy Clerk